```
 1
 2
 3
 4
 5
 6
 7
 8                         IN THE UNITED STATES DISTRICT COURT
 9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10   CURTIS RENEE JACKSON,
11              Plaintiff,                     No. CIV S-07-0954 MCE GGH P
12        vs.
13   T. FELKER, Warden, et al.,
14              Defendants.                    ORDER
15   _____/
```

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed February 15, 2008, certain of plaintiff's claims were dismissed with leave to file an amended complaint. Plaintiff did not file an amended complaint and the time for doing so has expired. By concurrently filed Findings and Recommendations, the court recommends dismissal of certain claims and defendants.

The complaint states a cognizable claim for relief as to some defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants: S. Babich, C. Adams, T. Felker, M. McDonald, D. Billings, D. Gunter, D. Vanderville, G. Marshall, A.

1

Harnden, K. McCraw, M. Wright, J. Lynn;

    2. The Clerk of the Court shall send plaintiff twelve (12) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed May 21, 2007.

    3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

        a. The completed Notice of Submission of Documents;

        b. One completed summons;

        c. One completed USM-285 form for each defendant listed in number 1 above; and

        d. Thirteen (13) copies of the endorsed complaint filed May 21, 2007.

    4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 06/30/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:009
jack0954.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,

     Plaintiff,                           No. CIV S-07-0954 MCE GGH P

    vs.

T. FELKER, Warden, et al.,                <u>NOTICE OF SUBMISSION</u>

     Defendants.                         <u>OF DOCUMENTS</u>

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       <u>  1  </u>     completed summons form

       <u> 12 </u>     completed USM-285 forms

       <u> 13 </u>     copies of the <u>May 21, 2007</u> Complaint

DATED:

                                                                   Plaintiff