IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,

        Plaintiff,                           No. CIV S-07-0954 MCE GGH P

    vs.

T. FELKER, Warden, et al.,

        Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se and in forma pauperis, seeks relief pursuant to 24 U.S.C. § 1983. By concurrently filed order, this court has found plaintiff's May 21, 2007, complaint appropriate for service upon defendants. However, for the reasons previously set forth in the <u>Order</u> filed on February 15, 2008, the undersigned must now recommend dismissal of certain of plaintiff's claims.

        Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's claims against S. Cook, H. Daugher, R. Ingwerson, J. Lynn, C. Lockard, M. Minnick be dismissed for the reasons set forth in the February 15, 2008, order.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written

1

1  objections with the court and serve a copy on all parties.  Such a document should be captioned
2  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
3  shall be served and filed within ten days after service of the objections.  The parties are advised
4  that failure to file objections within the specified time may waive the right to appeal the District
5  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

6  DATED:   06/30/08

                                        /s/ Gregory G. Hollows
                                        _____
                                        UNITED STATES MAGISTRATE JUDGE

8  jack0954.fr