IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,

    Plaintiff,                           No. CIV S-07-0954 MCE GGH P

vs.

T. FELKER, Warden, et al.,

    Defendants.                     <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file documents for service of process on the appropriate defendants pursuant to the court's order of June 30, 2008. Plaintiff has also asked that the court direct the California Department of Corrections and Rehabilitation to provide the current locations of the twelve defendants for whom the court found that plaintiff had framed colorable claims.

        Within his complaint, plaintiff identified the defendants as employed at High Desert State Prison. In his request, plaintiff states vaguely that "some of the defendants have since changed job locations" but still work for CDCR, but plaintiff asks that the court have CDCR provide the locations of all twelve defendants. Request, filed 7/14/08. The court will not grant such a premature, overbroad, and insufficiently founded request. Plaintiff must fill out the forms based on the information he presently has as to defendants' most recent locations. Thereafter, should unexecuted waivers of service be returned to the court as to specific

defendants the court may make further orders to obtain the locations of those defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 14, 2008 motion for an extension of time (Docket #15) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file the necessary documents for service of process on the appropriate defendants; and

3. Plaintiff's July 14, 2008 (# 16), motion for CDCR to provide plaintiff with the present location of all defendants is denied as premature and overbroad.

DATED: 07/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/ak
jack0954.36