IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS RENEE JACKSON,

        Plaintiff,                    No. CIV S-07-0954-MCE-GGH P

    vs.

T. FELKER, et al.,

        Defendants.             ORDER

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed June 30, 2008, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On August 8, 2008, plaintiff submitted twelve USM-285 forms but filed only three of the required thirteen copies of the complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to return one copy of the May 21, 2007 complaint submitted by plaintiff on August 8, 2008; and

/////

/////

2. Within thirty days, plaintiff shall submit to the court the remaining ten copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: 08/21/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/cm
jack0954.8f